

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-12-00229-CV

_____

**KAREN O'BRIC,**

**Appellant**

 **v.**

**THE CITY OF WOODWAY, TEXAS,**

**Appellee**

_____

### From the 414th District Court
### McLennan County, Texas
### Trial Court No. 2010-345-5

_____

## MEMORANDUM OPINION

_____

Karen O'Bric appealed the trial court's order granting summary judgment in favor of the City of Woodway. O'Bric has now filed a motion to dismiss her appeal.

The motion is granted, and this appeal is dismissed. *See* TEX. R. APP. P. 42.1(a)(1).


TOM GRAY
Chief Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Appeal dismissed
Opinion delivered and filed April 18, 2013
[CV06]